USDC SCAN INDEX SHEET

















SWD   5/2/05    10:14

3:05-CV-00917   GLAXOSMITHKLINE V. MERIX PHARMACEUTICAL

*1*

*MCO.*

FILED
ORIGINAL

05 APR 29 PM 3:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1    Michael A. Sweet (SBN: 184345)
2    WINSTON & STRAWN LLP
     101 California St., Suite 3900
3    San Francisco, California 94111-5894
     Telephone:   415.591.1000
4    Facsimile:   415.591.1400

5    Attorneys for Defendant
6    MERIX PHARMACEUTICAL CORPORATION

7
8                            UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

'05 CV 0917 IEG      (NLS)

10   In re: Third Party Subpoena Issued to AVINAR     CASE NO.:   BY FAX
            PHARMACEUTICALS CORPORATION
11                                                    Related to No. 05-898 (JAG)
                                                      In the United States District Court
12   Related to:                                      for the District of New Jersey
13   GLAXOSMITHKLINE CONSUMER
     HEALTHCARE, L.P.,                                MERIX'S NOTICE OF MOTION
14                                                    AND MOTION TO COMPEL
                                          Plaintiff,  DISCOVERY FROM AVANIR
15        vs.                                         PHARMACEUTICALS
                                                      CORPORATION
16   MERIX PHARMACEUTICAL CORP.,
                                                      DATE:  TBD
17                                       Defendant,   TIME:  TBD
                                                      CTRM:  TBD
18
19
20
21
22
23
24
25
26
27
28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

MERIX'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

12002550.tif - 4/29/2005 2:46:40 PM

1 | TO PLAINTIFF GLAXOSMITHKLINE CONSUMER HEALTHCARE, AVANIR

2 | PHARMACEUTICALS CORPORATION, AND THEIR ATTORNEYS OF RECORD:

3 |       PLEASE TAKE NOTICE that on a date and time to be assigned by this Court,

4 | Defendant MERIX PHARMACEUTICAL CORPORATION ("Merix") hereby moves the Court

5 | pursuant to Rule 45 of the Federal Rules of Civil Procedure to compel discovery from AVANIR

6 | PHARMACEUTICALS CORPORATION ("Avanir").

7 |       Merix moves to compel discovery from Avanir on the grounds that Avanir has failed

8 | to produce documents and testimony that are responsive to the subpoena Merix served on Avanir on

9 | March 2, 2005, and Merix is in immediate need of the subpoenaed documents.

10 |       This Motion is based on this Notice of Motion, Motion, the accompanying

11 | Memorandum of Points and Authorities, and Declaration of Michael A. Sweet, exhibits thereto, the

12 | concurrently filed Proposed Order, the pleadings on file in this action, and on such other and further

13 | pleadings and argument as shall be presented before the decision on this matter.

14 | Dated: April 29, 2005           WINSTON & STRAWN LLP

15 |

16 |                   By:_____

17 |                   MICHAEL A. SWEET

18 |                   Attorneys for Defendant
                     MERIX PHARMACEUTICAL CORPORATION

19 |

20 | SF:106096.2

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

# CERTIFICATE OF SERVICE

I, Nancy R. Bultena, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On the date stated below, I served a true copy of:

**Merix's Notice of Motion and Motion to Compel Discovery**
**From Avinir Pharmaceutical Corporation**

☒ by first class mail. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below:

Wesley E. Overson, Esq.            Kenneth A. Plevan, Esq.
MORRISON FOERSTER              SKADDEN, ARPS, SLATE
425 Market Street                      Four Times Square
San Francisco, CA 94105            New York, NY 10036-6522

☐ by facsimile transmission to the parties and facsimile number(s) set forth below:

☐ by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

☐ by its agent to the person(s) at the address(es) set forth on the attached service list.

☐ by personally handing copies to our messenger service, __, for delivery of the document(s) to the person(s) at the address(es) set forth below:

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on April 29, 2005.

Nancy R. Bultena

SF:71543.3

WINSTON & STRAWN LLP

CERTIFICATE OF SERVICE

12002550.tif - 4/29/2005 2:46:40 PM

ORIGINAL

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED

05 APR 29  PM 3: 53

SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P. | MERIX PHARMACEUTICAL CORPORATION |

'05 CV 0917 IEG (NLS)

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert J. Del Tuto (Tel. 212.735.3000)
SKADDEN, ARPS, SLATE ET AL.
Four Times Square
New York, NY 10036-6522

ATTORNEYS (IF KNOWN)
Michael A. Sweet (Tel. 415.591.1000)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111

BY FAX

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

* 1 U.S. Government Plaintiff
X 3 Federal Question (U.S. Government Not a Party)
* 2 U.S. Government Defendant
* 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | • 1 | • 1 | Incorporated or Principal Place of Business in This State | • 4 | • 4 |
| Citizen of Another State | • 2 | • 2 | Incorporated and Principal Place of Business in Another State | • 5 | • 5 |
| Citizen or Subject of a Foreign Country | • 3 | • 3 | Foreign Nation | • 6 | • 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Plaintiff brought Preliminary Injunction action under 15 U.S.C. section 1125(a) and N.J. Stat. section 56:8 in U.S. District Court for District of New Jersey

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| * 110 Insurance | * 310 Airplane | * 362 Personal Injury-Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| * 120 Marine | * 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| * 130 Miller Act | | | 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | 430 Banks and Banking |
| * 140 Negotiable Instrument | * 320 Assault, Libel & Slander | * 365 Personal Injury - Product Liability | | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| * 150 Recovery of Overpayment & Enforcement of Judgment | * 330 Federal Employers' Liability | * 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 830 Patent | 460 Deportation |
| | | | 640 RR & Truck | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| * 151 Medicare Act | * 340 Marine | PERSONAL PROPERTY | 650 Airline Regs | SOCIAL SECURITY | |
| * 152 Recovery of Defaulted Student Loans (Excl. Veterans) | * 345 Marine Product Liability | * 370 Other Fraud | 660 Occupational Safety/Health | 861 HIA (1395ff) | 810 Selective Service |
| * 153 Recovery of Overpayment of Veterans Benefits | * 350 Motor Vehicle | * 371 Truth in Lending | 690 Other | 862 Black Lung (923) | 850 Securities/Commodities Exchange |
| | | | LABOR | 863 DIWC/DIWW (405(g)) | |
| * 160 Stockholders Suits | * 355 Motor Vehicle Product Liability | * 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 864 SSID Title XVI | 875 Customer Challenge 12 USC |
| * 190 Other Contract | * 360 Other Personal Injury | * 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 891 Agricultural Acts |
| * 195 Contract Product Liability | | | 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| * 210 Land Condemnation | * 441 Voting | * 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | 871 IRS - Third Party 26 USC 7609 | 894 Energy Allocation Act |
| * 220 Foreclosure | * 442 Employment | | 790 Other Labor Litigation | | 895 Freedom of Information Act |
| * 230 Rent Lease & Ejectment | * 443 Housing/Accommodations | * 530 General | 791 Empl. Ret. Inc. Security Act | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| * 240 Tort to Land | * 444 Welfare | * 535 Death Penalty | | | |
| * 245 Tort Product Liability | * 440 Other Civil Rights | * 540 Mandamus & Other | | | 950 Constitutionality of State |
| * 290 All Other Real Property | | * 550 Civil Rights | | | X 890 Other Statutory Actions |
| | | * 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding
* 2 Removal from State Court
* 3 Remanded from Appellate Court
* 4 Reinstated or Reopened
* 5 Transferred from another district (specify)
* 6 Multidistrict Litigation
* 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | * CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: * YES * NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Hon. Joseph A. Greenaway, Jr. Docket Number 05 CV 698 (JAG)

DATE                    SIGNATURE OF ATTORNEY OF RECORD

Michael Sweet
SBN 184345

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

113356    4/29/05