USDC SCAN INDEX SHEET










```
JAH    6/10/05    14:27
3:05-CV-00917    GLAXOSMITHKLINE V. MERIX PHARMACEUTICAL
*19*
*O.*
```

ORIGINAL

Michael A. Sweet (SBN: 184345)
WINSTON & STRAWN LLP
101 California St., Suite 3900
San Francisco, California 94111-5894
Telephone: 415.591.1000
Facsimile: 415.591.1400

Attorneys for Defendant
MERIX PHARMACEUTICAL CORPORATION

FILED
05 JUN -3 PM 2:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re: Third Party Subpoena Issued to AVANIR PHARMACEUTICALS CORPORATION

Related to:
GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,
                            Plaintiff,
vs.
MERIX PHARMACEUTICAL CORP.,
                            Defendant,

CASE NO.: 05 CV 0917 IEG(LSP)

Related to No. 05-898 (JAG)
In the United States District Court
for the District of New Jersey

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY AND ORDER

BY FAX

PLEASE TAKE NOTICE that MERIX PHARMACEUTICAL CORP. ("Merix") hereby withdraws its Motion to Compel Discovery from Avanir Pharmaceuticals Corporation. Said withdrawal is not a waiver of the right of Merix to conduct all discovery allowed under the Code and Merix reserves its right to re-file its Motion to Compel at a later date and to seek additional discovery from Avanir.

Dated: June 2, 2005

WINSTON & STRAWN LLP

By: _____
MICHAEL A. SWEET
Attorneys for Defendant
MERIX PHARMACEUTICAL CORP.

IT IS SO ORDERED
DATED 6/8/05
_____
UNITED STATES DISTRICT JUDGE

ENTERED ON 6/10/05

SF:108215.1

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY

19

# CERTIFICATE OF SERVICE

I, Nancy R. Bultena, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. On June 3, 2005, I served a true copy of:

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY

☒ by first class mail. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth below:

Wesley E. Overson, Esq.  
MORRISON FOERSTER  
425 Market Street  
San Francisco, CA 94105

Kenneth A. Plevan, Esq.  
SKADDEN, ARPS, SLATE  
Four Times Square  
New York, NY 10036-6522

☒ by facsimile transmission to the parties and facsimile number(s) set forth below:

Magistrate Judge Papas; U.S. District Court, Southern District of California  
ATTENTION: MARK SCHWARTZ 619.702.9937

☐ by email transmission to the parties and email addressee(s) set forth below

☐ by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

☐ by its agent to the person(s) at the address(es) set forth on the attached service list.

☐ by personally handing copies to our messenger service, ___, for delivery of the document(s) to the person(s) at the address(es) set forth below:

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on June 3, 2005.

*/s/ Nancy R. Bultena*  
Nancy R. Bultena

SF:108271.1

CERTIFICATE OF SERVICE

12002979.tif - 6/3/2005 2:31:09 PM

** TOTAL PAGE.03 **